# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130028

ROBERT DANTUMA and
SHELLY DANTUMA,
       Plaintiffs-Appellants,

v

SPECTRUM HEALTH, BUTTERWORTH
OCCUPATIONAL HEALTH, INC., d/b/a
SPECTRUM HEALTH OCCUPATIONAL
SERVICES, and DR. ROBERT RICHMOND,
       Defendants-Appellees.

SC: 130028
COA: 262867
Kent CC: 03-011366-NH

_____/

On order of the Court, the application for leave to appeal the October 25, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk

p0424